PD-1364-15

NO. 10-13-00416-CR

*denied*
DC
10.26.15

IN THE

COURT OF CRIMINAL APPEALS

IN AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

JOHN DAVID WAGUESPACK

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

OCT 20 2015

Abel Acosta, Clerk

CAUSE NO. 2012-46-C1
FROM THE 19th JUDICIAL DISTRICT COURT OF
McCLENNAN COUNTY, TEXAS

MOTION TO EXTEND DEADLINE FOR
FILING PDR

To THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, John Waguespack, Petitioner, and files this Motion for an extension of time in which to file a Petition for Discretionary Review (PDR). In support of this motion, appellant shows the Court the following:

## I

The Petitioner was convicted in the 19th District Court of McLennan County, Texas in Cause No. 2013-46-C1. The Petitioner appealed to the Court of Appeals, 10th Supreme Judicial District. The appeal was denied.

## II

The present deadline for filing the Petition for Discretionary Review is November 7, 2015. The Petitioner has not requested any extension prior to this request.

## III

Petitioner's for an extension is based upon the following facts: Petitioner was not informed of the final decision of the Court of Appeals regarding his case until October 8, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Brittany L. Lannen, has informed Petitioner that she will not represent him on the PDR.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the PDR in Case No. 2013-46-C1 to January 6, 2016.

Respectfully,

John Waguespack
Petitioner, Pro Se

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion to Suppress Rule 9.3(b) and Motion to Extend Time To File PDR have been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Sterling Harmon, at 219 N. 6th Street, Suite 200 Waco, TX 76701, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Tx 78711 on this the ____ day of ____, 2015.

John Waguespack
Defendant, pro se

I, John David Waguespack, TDCJ# 1905665, being presently incarcerated in the Polunsky Unit in Livingston County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Execute on this the ____ day of ____, 2015.

John Waguespack
Defendant, pro se
TDCJ # 1905665
3872 FM 350 S
Livingston, TX 77351